UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:  Case number 08-52366-WSD

Garrecht, Thomas
  debtor(s)  Chapter 7

_____/  Hon. Walter Shapero

**NOTICE OF UNCLAIMED DIVIDEND**

TO THE CLERK OF THE COURT:

The attached check in the amount of $1,640.28 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347 (a). The name of each of the parties entitled to these unclaimed dividends is as follows:

| Creditor name | Claim No. | Dividend Amt. |
|---|---|---|
| Wanigas Credit Union | 7 | $1,640.28 |

Dated: 9/23/2009

/s/ Douglas S. Ellmann___
Douglas S. Ellmann, Trustee
308 West Huron
Ann Arbor, MI 48103
734-668 4800